AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT .
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MCCONNELL, MICHAEL W | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. COURT OF APPEALS - FULL | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ✓ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>FEDERAL BUILDING, SUITE 5402<br>125 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84138 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 19 P 12: 22
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | YALE UNIVERSITY, PUBLICATION ROYALTIES | $ 164 |
| 2. 2007 | ASPEN PUBLISHERS INC., PUBLICATION ROYALTIES | $ 2,452 |
| 3. 2007 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, TEACHING | $ 24,803 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ███████████████ TEACHING |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | Jan. 2 - 19, 2007 | Cambridge, Massachusetts | Teaching | Transportation, lodging, meals |
| 2. | Stanford Law School | Feb. 8 - 9, 2007 | San Francisco, California | Academic Presentation | Transportation, lodging, meals |
| 3. | UCLA Law School | Mar. 20 - 22, 2007 | Los Angeles, California | Moot Court | Transportation, lodging, meals |
| 4. | Oklahoma University School of Law | Apr. 23, 2007 | Oklahoma City, Oklahoma | Academic Presentation | Transportation, meals |
| 5. | Liberty Fund, Inc. | Apr. 25 - 27, 2007 | Louisville, Kentucky | "See Part VIII" | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 05/08/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federalist Society - Olin | Apr. 30 - May 1, 2007 | New York, New York | Civic Organization | Transportation, lodging, meals |
| 7. | University of Minnesota | May 28 - 29, 2007 | Minneapolis, Minnesota | "See Part VIII" | Transportation, lodging, meals |
| 8. | The Supreme Court Historical Society | Jun. 4 - 5, 2007 | Washington, D. C. | Academic Lecture | Transportation, lodging, meals |
| 9. | International Association of Constitutional Law | Jun. 11 - 15, 2007 | Athens, Greece | "See Part VIII" | Transportation, lodging, meals |
| 10. | Department of Justice's Office of Legal Education | Jul. 18 - 20, 2007 | Columbia, South Carolina | Lecture/Presentation | Transportation, lodging, meals |
| 11. | Williams & Mary Law School | Sept. 13 - 14, 2007 | Williamsburg, Virginia | "See Part VIII" | Transportation, lodging, meals |
| 12. | USC Gould School of Law | Oct. 18 - 19, 2007 | Los Angeles, California | Academic Lecture | Transportation, lodging, meals |
| 13. | FDR Presidential Library | Nov. 10 - 12, 2007 | Hyde Park, New York | Academic Lecture | Transportation, lodging, meals |
| 14. | The Federalist Society | Nov. 14 - 17, 2007 | Washington, D. C. | "See Part VIII" | Transportation, lodging, meals |
| 15. | Princeton University | Dec. 7 - 8, 2007 | Princeton, New Jersey | "See Part VIII" | Transportation, lodging, meals |
| 16. | Yale University | Dec. 10- 11, 2007 | New Haven, Connecticut | Moot Court | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS IRA #1 | | | | | | | | | |
| 2. -SPARTAN 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 3. -FIDELITY CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 4. FIDELITY INVESTMENTS IRA #2 | | | | | | | | | |
| 5. -FIDELITY WORLDWIDE FUND | D | Dividend | L | T | | | | | |
| 6. -FIDELITY EMERGING MARKETS FUND | A | Dividend | K | T | | | | | |
| 7. -FIDELITY CASH RESERVES ACCOUNT | A | Int./Div. | J | T | | | | | |
| 8. -FIDELITY BLUE CHIP GROWTH | A | Dividend | J | T | | | | | |
| 9. TIAA CREF | | | | | | | | | |
| 10. -TIAA TRADITIONAL | E | Dividend | N | T | | | | | |
| 11. -CREF STOCK FUND | E | Dividend | N | T | | | | | |
| 12. -CREF EQUITY INDEX FUND | E | Dividend | N | T | | | | | |
| 13. -CREF GLOBAL EQUITIES FUND | D | Dividend | K | T | | | | | |
| 14. DODGE & COX STOCK FUND (401K) | E | Dividend | N | T | | | | | |
| 15. DWS EQUITY 500 INDEX FUND F/K/A SCUDDER (401K) | D | Dividend | L | T | | | | | |
| 16. JENNISON SMALL COMPANY Z FUND (401K) | B | Dividend | M | T | | | | | |
| 17. DRYFUS PREMIUM SMALL EQUITY FUND (401K) | C | Dividend | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO (BANK ACCOUNT) | A | Interest | J | T | | | | | |
| 19. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 20. -SPARTAN TOTAL MARKET INDEX FUND | A | Dividend | J | T | SELL | 7/31 | J | A | |
| 21. -SPARTAN 500 INDEX FUND | A | Dividend | K | T | SELL | 6/12 | J | D | |
| 22. -FIDELITY MAGELLAN FUND | A | Dividend | K | T | SELL | 11/29 | K | C | |
| 23. -FIDELITY MUNICIPAL MONEY MARKET | A | Interest | J | T | | | | | |
| 24. FIDELITY RETIREMENT RESERVES ANNUITY | D | Int./Div. | M | T | | | | | |
| 25. SPARTAN 500 INDEX FUND (SEP IRA) | A | Dividend | J | T | | | | | |
| 26. FIDELITY CASH RESERVES (SEP IRA) | A | Int./Div. | J | T | | | | | |
| 27. SPARTAN 500 INDEX FUND (UTMA) | B | Dividend | J | T | | | | | |
| 28. NATIONWIDE VARIABLE LIFE INSURANCE | A | Interest | J | T | | | | | |
| 29. FIDELITY MAGELLAN FUND (IRA) | E | Dividend | M | T | | | | | |
| 30. FIDELITY LOW PRICED STOCK FUND (IRA) | E | Dividend | M | T | | | | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 05/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IV. Reimbursements, Line 5, Purpose

Academic activity exclusive of judicial education.

Part IV. Reimbursements, Line 7, Purpose

Academic activity exclusive of judicial education.

Part IV. Reimbursements, Line 9, Purpose

Academic/Civic Organization

Part IV. Reimbursements, Line 11, Purpose

Academic activity exclusive of judicial education

Part IV. Reimbursements, Line 14, Purpose

Academic lecture/Civic Organization

Part IV. Reimbursements, Line 15, Purpose

Telivised Academic Panel

| FINANCIAL DISCLOSURE REPORT<br>Page 8 of 8 | Name of Person Reporting<br><br>MCCONNELL, MICHAEL W | Date of Report<br><br>05/08/2008 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544